UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

A.V., by and through his natural parent, CHANTI LITTLE,
Plaintiff,

v.

DEKALB COUNTY SCHOOL DISTRICT, et al.,
Defendants.


Civil Action No.: _____


To:

DeKalb County School District
c/o Lorraine Cochran-Johnson, CEO of Dekalb County
1300 Commerce Drive
Decatur, GA 30030

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

Plaintiff's Attorney:
Kianna Chennault
CHENNAULT LEGAL & CONSULTING GROUP
1400 Veteran's Memorial Highway
Suite 134-252
Mableton, GA 30126
(470) 368-9787

CLERK OF COURT: _____
DATE: _____